**Schedule A**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Columns | | | | | | | | |
| Cause of Action | Plaintiff | Musical Composition | Writers | Date of Publication or Registration | Certificate of Registration Number | Renewal Claimant | Renewal Certificate Date and Number | Date of Known Infringement |
| 1. | NEUTRAL GRAY MUSIC | THE BREAKS | James B. Moore<br><br>Robert A. Ford, Jr.<br><br>Russell W. Simmons<br><br>Lawrence Smith<br><br>Kurt Walker | May 12, 1980 (Date of Registration) | PAu 211-506 | | | June 17, 2025 |
| 2. | M L E MUSIC | I'M THE ONLY ONE | Melissa L. Etheridge | September 21, 1993 | PA 670-375 | | | June 17, 2025 |
| 3. | W CHAPPELL MUSIC CORP. d/b/a WC MUSIC CORP. | BAD COMPANY | Simon Kirke<br><br>Paul B. Rodgers | May 28, 1974 (Date of Registration) | EU 491974 | Paul B. Rogers | RE 857-904 January 3, 2022 | June 17, 2025 |